AO 93 (Rev. 11/13) Search and Seizure Warrant

AUSA: William Orr   Telephone: (989) 895-5712
Task Force Officer: Mitchell Eddy, ATF   Telephone: (810) 341-5710

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
DNA samples from Yoany Alvarez-Antuna, in the form of buccal cells on oral swabs. )

Case No. Case: 5:23−mc−51574-1
Assigned To : Levy, Judith E.
Assign. Date : 11/1/2023
Description: SEALED MATTER (KB)

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Michigan   .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

> I hereby certify that the foregoing is a certified copy of the original on file in this office.
> **Clerk, U.S. District Court**
> **Eastern District of Michigan**
> By: *s/K. Brown*
> Deputy

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B, violation of:

18 U.S.C. § 1951   attempting to interfere with commerce by robbery

**YOU ARE COMMANDED** to execute this warrant on or before   November 15, 2023   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the presiding United States Magistrate Judge on duty   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for   days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of   .

Date and time issued:   11/01/2023

*Judge's signature*

City and state:   Flint, Michigan   Curtis Ivy, Jr.,   U. S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A



**Yoany Alvarez-Antuna**
D.O.B.:  May 14, 1983
Hispanic male
Approximately 5'07", 165lbs.
Black hair, Brown eyes

## **ATTACHMENT B**

DNA samples from Yoany Alvarez-Antuna, in the form of buccal cells on oral swabs. The oral swabs will be collected from the inside cheek portion of the mouth and lip to sufficiently collect buccal cells pursuant to the standard practices and procedures employed by the ATF for DNA testing.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 774040-23-0164 | 11/13/23  1150 hrs | Yoany Alvarez |

Inventory made in the presence of: S/A Wade, Yoany Alvarez

Inventory of the property taken and name of any person(s) seized:

- 2 Buccal DNA swabs taken from Yoany Alvarez by TFO M. Eddy

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/13/23

_Executing officer's signature_

Mitchell Eddy - TFO
_Printed name and title_